UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA M. BARKER individually and on behalf of all others similarly situated,

          Plaintiff,

   v.

THRIVE CAUSEMETICS, INC., a Delaware corporation; and KARISSA BODNAR, an individual,

          Defendants.

C18-1470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Karissa Bodnar's Motion to Dismiss, docket no. 11, is DENIED. Plaintiff has alleged that Defendant Bodnar personally engaged in unfair and deceptive conduct by making allegedly misleading and deceptive statements regarding Defendant Thrive Causemetic's charitable activities. Complaint, docket no. 1-2, ¶ 5.6. Plaintiff also alleges that Defendant Bodnar's conduct caused her injury. *Id.* ¶¶ 6.5, 7.5. Reliance is not the only way to demonstrate causation under the Consumer Protection Act. *Indoor Billboard / Washington, Inc. v. Integra Telecom of Washington, Inc.*, 162 Wn.2d 59, 82-85 (2007); *see also Panag v. Farmers Ins. Co. of Washington*, 166 Wash.2d 27, 58 n.15, 204 P.3d 885 (2009). Taking the allegations as true, Plaintiff has alleged facts sufficient to "'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 2