THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA M. BARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC., a Delaware corporation; and KARISSA BODNAR, an individual,<br><br>Defendants. | Case No. 2:18-cv-01470-TSZ<br><br>**ORDER GRANTING MOTION TO SEAL CERTAIN EXHIBITS TO THE DECLARATION OF NED MENNINGER FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on Defendants Thrive Causemetics, Inc. and Karissa Bodnar's ("Defendants") Motion to Seal Certain Exhibits to the Declaration of Ned Menninger in Support of Defendants' Motion for Summary Judgment, docket no. 26 ("Motion to Seal"). The Court reviewed Defendants' Motion to Seal, and Plaintiff's non-opposition, docket no. 32. The Court Orders as follows:

Defendants' Motion to Seal is hereby GRANTED.

//

//

ORDER GRANTING DEFENDANTS' MOTION TO SEAL - 1
CASE NO. 2:18-CV-01470-TSZ

131811.0002/7729430.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Exhibits B, C, F, H, and I to the Declaration of Ned Menninger, filed in support of Defendants' Motion for Summary Judgment, may be filed under seal.

IT SO ORDERED this 7th day of August, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

By: *s/ John S. Devlin III*
    John S. Devlin III, WSBA #23988
    Erin Wilson, WSBA #42454
    Taylor Washburn, WSBA #51524
    1420 Fifth Ave., Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206.223.7000
    Facsimile: 206.223.7107
    Email: devlinj@lanepowell.com
            wilsone@lanepowell.com
            washburnt@lanepowell.com

*Attorneys for Defendants Thrive Causemetics, Inc. and Karissa Bodnar*

ORDER GRANTING DEFENDANTS' MOTION TO SEAL - 2
CASE NO. 2:18-CV-01470-TSZ

131811.0002/7729430.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107