UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARA M. BARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC., a Delaware corporation; and KARISSA BODNAR, an individual,<br><br>Defendants. | NO. 2:18-cv-01470-TSZ<br><br>**STIPULATION AND ORDER STAYING DEADLINES** |

## I. STIPULATION

The parties have reached an agreement in principle that resolves Plaintiff's individual claims in this matter. The parties are working to formalize their agreement in writing. The parties respectfully ask the Court to stay all deadlines for fourteen days. If the parties are unable to finalize their agreement and submit a stipulation of dismissal within that timeframe, they will file a joint status report.

STIPULATION AND ORDER STAYING DEADLINES – 1
Case No. 2:18-cv-01470-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

STIPULATED TO AND DATED this 29th day of August, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Eric R. Nusser, WSBA #51513
    Email: eric@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Elizabeth A. Hanley, WSBA #38233
    Email: ehanley@reedlongyearlaw.com
    Kelli A. Carson, WSBA #49856
    Email: kcarson@reedlongyearlaw.com
    REED LONGYEAR MALNATI
      & AHRENS, PLLC
    801 Second Avenue, Suite 1415
    Seattle, Washington 98104
    Telephone: (206) 624-6271

*Attorneys for Plaintiff*

LANE POWELL PC

By: /s/ Erin M. Wilson, WSBA #42454
    John S. Devlin, WSBA #23988
    Email: devlinj@lanepowell.com
    Erin M. Wilson, WSBA #42454
    Email: wilsonem@lanepowell.com
    Taylor Washburn, WSBA #51524
    Email: washburnt@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    Seattle, Washington 98101
    Telephone: (206) 223-7000
    Facsimile: (206) 223-7107

*Attorneys for Defendants Thrive Causemetics, Inc. and Karissa Bodnar*

## II. ORDER

Finding good cause to do so, the Court hereby STAYS all pending deadlines in this matter for fourteen days. No later than September 11, 2019, the parties shall file a stipulation of dismissal of Plaintiff's claims with prejudice or a joint status report.

IT IS SO ORDERED.

DATED this 29th day of August, 2019.

                                                                         */s/ Thomas S. Zilly*
                                                                         Thomas S. Zilly
                                                                         United States District Judge

STIPULATION AND ORDER STAYING DEADLINES – 2
Case No. 2:18-cv-01470-TSZ

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com