UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA M. BARKER,

        Plaintiff,

v.

THRIVE CAUSEMETICS, INC. and KARISSA BODNAR,

        Defendants.

C18-1470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 40, the Court orders as follows:

    (a) the stay of this case is EXTENDED to September 25, 2019, to allow the parties time to finalize settlement;

    (b) defendant's motion for summary judgment is RENOTED to September 25, 2019;

    (c) on or before September 25, 2019, the parties shall inform the Court whether settlement has been finalized. If settlement is not finalized by September 25, 2019, the Court will proceed to rule on the pending motions for the timely completion of this action.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of September, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1