UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA M. BARKER,

        Plaintiff,

v.

THRIVE CAUSEMETICS, INC. and
KARISSA BODNAR,

        Defendants.

C18-1470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 42, the Court orders as follows:

    (a) the parties' renewed request to continue the stay of all deadlines for an additional fourteen (14) days is DENIED. The Court's September 16, 2019 Minute Order, docket no. 41, provided that, "[i]f settlement is not finalized by September 25, 2019, the Court will proceed to rule on the pending motion";

    (b) Defendants' Motion for Summary Judgment, docket no. 25, is RENOTED to September 30, 2019. Any Reply must be filed by the noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of September, 2019.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1