UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA M. BARKER, <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC. and KARISSA BODNAR, <br><br> Defendants. | C18-1470 TSZ <br><br> ORDER |

The Court interprets the parties' Joint Status Report, docket no. 45, as indicating that the parties have reached a settlement, and that no request will be made to certify a class for purposes of settlement under Federal Rule of Civil Procedure 23(e).

It appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that:

(1) This case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order; and

ORDER - 1

(2) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 1st day of October, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2